UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
DOCKET NO. 5:13-MJ-1800-RN

| | | |
|---|---|---|
| **United States Of America** | ) | JUDGMENT |
| | ) | |
| vs. | ) | |
| | ) | |
| **Antwaine D. McKethan** | ) | |
| | ) | |

On June 1, 2016, Antwaine D. McKethan appeared before the Honorable Robert T. Numbers, II, U.S. Magistrate Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to 18 U.S.C. § 13, assimilating N.C.G.S. 20-138.1, Driving While Impaired (Level 1), two counts, was sentenced to 12 months of probation.

From evidence presented at the revocation hearing on April 12, 2017, the court finds as a fact that Antwaine D. McKethan, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Failure to refrain from excessive use of alcohol.
3. Failure to pay a monetary obligation.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the probation term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of ten months.

**IT IS FURTHER ORDERED** that the balance of the financial imposition originally imposed be due in full immediately.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

Dated: April 13, 2017

_____
Robert T. Numbers, II
United States Magistrate Judge