IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:13-MJ-1800-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| | ) | |
| ANTWAINE D. MCKETHAN | ) | |
| | ) | |
| Defendant | ) | |

This matter is before the court on appeal of United States Magistrate Judge decision, filed April 25, 2017. In accordance with Local Criminal Rule 58.1, defendant shall file, on or before **May 26, 2017,** a memorandum enumerating each reversible error claimed to have occurred in the proceedings before the magistrate judge and shall explain the factual and legal basis for each claimed error, with citations to the record and to pertinent legal authorities. Within **21 days** of filing of defendant's memorandum, the government shall file a memorandum that responds to each claim of error. Defendant may file a reply brief within **7 days** of filing of appellee's brief. All memoranda shall conform to the requirements and length restrictions of Local Criminal Rules 47.2 and 47.3. Reply briefs shall be limited to 10 pages. The court STRIKES its prior notice setting hearing on appeal. Requests for oral argument shall be made at the time briefs are filed and shall be granted at the discretion of the district judge.

SO ORDERED, this the 8th day of May, 2017.

LOUISE W. FLANAGAN
United States District Judge